**FILED**
JAN 19 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE AVILEZ CONTRERAS,<br><br>Defendant | CASE NO. 11CR5273-GT<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Good cause appearing therefore and on the joint motion of the parties:

IT IS HEREBY ORDERED that the Sentencing Hearing on presently scheduled for March 5, 2012 at 9:30 a.m. be and hereby is continued to April 30, 2012 at 9:30 a.m.

IT IS SO ORDERED:

Dated: 1-19-12

HON. GORDON TOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE